## Application for Multi-Court Exemption from the
## Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

### Courts of Appeal

- ☐ All Courts of Appeal
- ☐ First Circuit
- ☐ Second Circuit
- ☐ Third Circuit
- ☐ Fourth Circuit
- ☐ Fifth Circuit
- ☐ Sixth Circuit
- ☐ Seventh Circuit
- ☐ Eighth Circuit
- ☐ Ninth Circuit
- ☐ Tenth Circuit
- ☐ Eleventh Circuit
- ☐ D.C. Circuit
- ☐ Federal Circuit

### Bankruptcy Appellate Panels (BAP)

- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

### District Courts

- ☐ All District Courts
- ☐ Alabama Middle
- ☒ Alabama Northern
- ☒ Alabama Southern
- ☒ Alaska
- ☒ Arizona
- ☒ Arkansas Eastern
- ☒ Arkansas Western
- ☒ California Central
- ☒ California Eastern
- ☒ California Northern
- ☒ California Southern
- ☒ Colorado
- ☒ Connecticut
- ☒ Delaware
- ☒ District of Columbia
- ☒ Florida Middle
- ☒ Florida Northern
- ☒ Florida Southern
- ☒ Georgia Northern
- ☒ Georgia Middle
- ☒ Georgia Southern
- ☒ Guam
- ☒ Hawaii
- ☒ Idaho
- ☒ Illinois Northern
- ☒ Illinois Central
- ☒ Illinois Southern
- ☒ Indiana Northern
- ☒ Indiana Southern
- ☒ Iowa Northern
- ☒ Iowa Southern
- ☒ Kansas
- ☒ Kentucky Eastern
- ☒ Kentucky Western
- ☒ Louisiana Eastern
- ☒ Louisiana Middle
- ☒ Louisiana Western
- ☒ Maine
- ☒ Maryland
- ☒ Massachusetts
- ☒ Michigan Eastern
- ☐ Michigan Western
- ☒ Minnesota
- ☒ Mississippi Northern
- ☒ Mississippi Southern
- ☒ Missouri Eastern
- ☒ Missouri Western
- ☒ Montana
- ☒ Nebraska
- ☒ Nevada
- ☒ New Hampshire
- ☒ New Jersey
- ☒ New Mexico
- ☒ New York Eastern
- ☒ New York Northern
- ☒ New York Southern
- ☒ New York Western
- ☒ North Carolina Eastern
- ☒ North Carolina Middle
- ☒ North Carolina Western
- ☒ North Dakota
- ☐ Northern Mariana Islands
- ☒ Ohio Northern
- ☒ Ohio Southern
- ☒ Oklahoma Eastern
- ☒ Oklahoma Northern
- ☒ Oklahoma Western
- ☒ Oregon
- ☒ Pennsylvania Eastern
- ☒ Pennsylvania Middle
- ☒ Pennsylvania Western
- ☒ Puerto Rico
- ☒ Rhode Island
- ☒ South Carolina
- ☒ South Dakota
- ☒ Tennessee Eastern
- ☒ Tennessee Middle
- ☒ Tennessee Western
- ☒ Texas Eastern
- ☒ Texas Northern
- ☒ Texas Southern
- ☒ Texas Western
- ☒ Utah
- ☒ Vermont
- ☒ Virgin Islands
- ☒ Virginia Eastern
- ☒ Virginia Western
- ☒ Washington Eastern
- ☒ Washington Western
- ☒ West Virginia Northern
- ☒ West Virginia Southern
- ☒ Wisconsin Eastern
- ☒ Wisconsin Western
- ☒ Wyoming

**Bankruptcy Courts**

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

**National Courts**

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with [ UC Irvine ]

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

I am a PhD candidate from the Department of Criminology, Law and Society at UC Irvine. My dissertation focuses on corporate prosecution and punishment. I would like to textually analyze a random sample of 500 corporate crime case court dockets. The typical dockets that will be gathered include, but are not limited to, indictments or complaints, plea agreements and statements of fact, judicial opinions and judgments, and sentencing memoranda. As the 500 cases will be randomly distributed across various jurisdictions, I am requesting an exemption for all District Courts. An exemption is necessary given that the EPA fees that would be generated would be an undue financial burden to me, especially given my current status as a doctoral candidate. I would not be able to complete this data collection without a fee exemption. I appreciate your consideration of this exemption request.

4.) In support of this application, I affirm the following:

   a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b) That the exemption will be for a definitive period of time: September 1, 2022 to December 31, 2023

   c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

[x]  **Declaration:** I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Li Huang
Applicant's Printed Name

PhD Candidate
Applicant's Title

LI HUANG  *Digitally signed by LI HUANG Date: 2022.12.14 00:54:18 -08'00'*
Applicant's Signature

Applicant's Phone Number

lhuang14@uci.edu
Applicant's email address

Social Ecology II
Applicant's Mailing Address

Irvine         CA      92617
City           State   Zip Code

Aug 25, 2022
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**